■ ROCKEFELLER GROUP, INC., Appellant, v STATE BANK OF INDIA, Respondent. [614 NYS2d 123] —Order, Supreme Court, New York County (Beverly Cohen, J.), entered on or about April 6, 1993, unanimously affirmed for the reasons stated by Cohen, J., with costs and disbursements. No opinion. Concur— Murphy, P. J., Carro, Rubin and Williams, JJ.